```
Adam Wang California State Bar No. 201233
Law Office of Adam Wang
12 South First, Suite 908
San Jose, CA 95113
Tel:  (408) 971-8823
Fax:  (408) 971-8824

Attorney for Defendants
AA Portable Power Corporation, Powerizer,
Xiaoping Jiang and Kevin Lee
```

UNITED STATE DISTRICT COURT

FOR NORTHERN CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BYD Company Limited )<br>                Plaintiff, )<br>    vs. )<br>AA Portable Power Corporation, et al, )<br>                Defendants )<br>_____) | Case No. C-03-1035 PJH<br><br>NOTICE OF MANUAL FILING |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that pursuant to General Order 45 (VII)(A), Defendants AA Portable Power Corporation, Powerizer, Xiaoping Jiang and Kevin Lee ("Defendants") will file the documents bellow in paper form, and these documents will be maintained in the case file in the Clerk's office.  Defendants will submit an electronic version of the documents below without

exhibits directly to Electronic Case Filing Project at ecf-cand@cand.uscourts.gov.

1. DEFENDANTS' MEMORANDUM IN OPPOSITION TO PRELIMINARY INJUNCTION AND RELATED RELIEF.

2. DECLARATION OF ADAM WANG IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND RELATED RELIEF.

3. PROPOSED ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND RELATED RELIEF.

These documents will be filed manually because their contents exceed three (3) megabytes in size.

Dated: April 16, 2003                                 /s/
                                                    Adam Wang
                                                    Attorney for Defendants AA Portable Power
                                                    Corporation, Powerizer, Xiaoping Jiang and
                                                    Kevin Lee

NOTICE OF MANUAL FILING
Case No. C-03-1035 PJH